James Nugent, Respondent, v. Degnon Contracting Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

John O'Connell, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Andrew O'Connor, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order affirmed, costs to abide the event. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Eleanor Peck, an Infant, by Harry H. Peck, Her Guardian ad Litem, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Antonio Phillipi, Respondent, v. Charles H. Dahl, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. James Minogue, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. John A. Kaht, Appellant, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ., concurred.

Richard Rall, Respondent, v. J. Addison Young, as Temporary Receiver of the Westchester Electric Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Burr, Thomas, Carr, Woodward and Rich, JJ.

Marian Lindsay Reid, an Infant, by Her Guardian ad Litem, Mattie Lindsay Clark, Appellant, v. Archibald Graham Reid, Respondent.— Interlocutory judgment affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Sarah Reilly, Respondent, v. Henry Weber and Max Weber, Copartners, etc., Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Burr, Thomas, Carr, Woodward and Rich, JJ., concurred.